UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHAWN J. PATTERSON,

                      Plaintiff,

v.

**ORDER**

SHAWN PATTERSON, et al.,

20-cv-02552 (PMH)

                      Defendants.
-------------------------------------------------------X

The parties appeared today by telephone for a case management conference. The Court granted plaintiff's request for a discovery extension to permit him to take the deposition of defendant Gambit. The Court directed defense counsel to produce Gambit for a deposition by plaintiff by remote means at a mutually agreeable date and time to be completed no later than 4/2/2021. Defendants shall serve any post-deposition discovery demands, and plaintiff shall respond thereto, by 4/2/2021.

Plaintiff is directed to re-sign the HIPAA authorization, checking and initialing the boxes requested by defendants, and send same to defense counsel by 3/3/2021.

The next case management conference is scheduled for 4/13/2021 at 11:00 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

SO-ORDERED:

Dated: White Plains, New York
       March 2, 2021

                                          _____
                                          Philip M. Halpern
                                          United States District Judge