UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SHAWN J. PATTERSON,

                     Plaintiff,

v.

SHAWN PATTERSON, et al.,

                     Defendants.
--------------------------------------------------------X

**ORDER**

20-cv-02552 (PMH)

The parties appeared today by telephone for a status conference. The parties advised that discovery is complete. Defendants indicated their intent to move for summary judgment. The Court therefore directs that pursuant to its Individual Practices, Defendants shall serve their Rule 56.1 Statement on Plaintiff by 5/13/2021; Plaintiff's response admitting or denying each paragraph of Defendants' Rule 56.1 Statement shall be served on Defendants by 5/27/2021; Defendants' pre-motion letter shall be filed by 6/10/2021, and if Plaintiff has not served a response to the 56.1 Statement, counsel shall so advise in his letter; and Plaintiff's response to Defendants' pre-motion letter shall be filed by 6/17/2021.

SO-ORDERED:

Dated: White Plains, New York
       April 13, 2021

_____
Philip M. Halpern
United States District Judge