# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



Shawn J. Patterson

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 cv 02552 (PHM) (____)

-against-

SHAWN PATTERSON, PAMELA Gambit, TOWN OF Woodbury BOARD OF SUPERVISORS, TOWN OF woodbury Police Dept. Nicole woodin d/b/a Animal Control Officer, FRANK V. PALERMO d/b/a Woodbury board SUPERVISOR, Eric harden, STEVE ROMAN, M FARAhreshi, Carlos Castro, SCOTT A. SHEENhan, JAMES TREMPER and "GENE" of The hudson valley humane society
(List the full name(s) of the defendant(s)/respondent(s).)

**Application for the Court to Request Pro Bono Counsel**

I ask the Court to request a *pro bono* attorney [...] application, I declare under penalty of perjury [...]

1. Have you previously filed a "Request to [...] Please check the appropriate box below:

   ☐ I have previously filed an IFP applica[tion...] representation of my current financial [...]

   ☐ I have not previously filed an IFP app[lication...] application showing my financial stat[us...]

   ☐ I have previously filed an IFP applica[tion...] changed. I have attached a new IFP ap[plication...]

2. Explain why you need an attorney in this [...] counsel are rarely granted at the early stag[e...] issued a decision on the merits of the case [...] please also explain what has changed sinc[e...]

I SHAWN J PATTERSON IS RESPECTFU[LLY...] IN this LEGAL matter. due to the strict time FRAME of CORRESponding with the court Regarding this matter. Also I'd like to the CORRupt Actions of tampering with EVIDENCE And manipulation of documentation pROvided by potential witnesses. that Respondent have already been discovered And Known to falsify Which been Recognized by the courts And myself for those Actions In order for this Case to Suit their Cause In this matter. MY goal As A Complaint In this MATTER is to move this Case In the manor In which it would better Serve MY CAUSE lawfully and legally. Unfortunately, it is me As A movant/Complainant AGAINST muptiple individuals.

Rev. 3/27/14

---

**[Stamped order overlay:]**

Application denied without prejudice. On 4/28/2021, plaintiff filed a letter requesting pro bono counsel. (Doc. 44). On 5/24/2021, the Court issued an Order denying without prejudice plaintiff's letter request for the reasons set forth therein. (Doc. 45). Plaintiff's instant request, dated 5/19/2021, received by the Court and filed 5/28/2021, like his 4/28/2021 request, does not make a sufficient showing that representation at this stage of the case would "lead to a quicker and more just result by sharpening the issues and shaping examination." *Hodge v. Police Officers*, 802 F.2d 58, 61 (2d Cir. 1986). Accordingly, for the same reasons discussed in the Court's 5/24/2021 Order, plaintiff's application for the Court to request pro bono counsel (Doc. 46) is denied without prejudice to a renewed application later in the case.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       June 1, 2021

that are doing unlawful unethical, corrupt, biased, hateful act against me the claimant/movant with the support of counsel in their favor. In conclusion I Shawn v. Patterson was being treated by Alan M Me (Psychotherapist) proof of documentation submitted herein thank you I greatly appreciate your gratitude in this matter.

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

   Hon Philip M. Halpern Suggested.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

05-19-2021
Date

Signature

Patterson V. Shawn
Name (Last, First, MI)

Prison Identification # (if incarcerated)

547 State Route 32    Highland mills    New York    10930
Address    City    State    Zip Code

(917) 806-0485
Telephone Number

Shawn.Patterson@yahoo.com
E-mail Address (if available)

ROSAURA ROSADO
Notary Public, State of New York
No: 01RO6207814
Qualified in Orange County
Commission expires: June 15th 2021

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

# Application For Pro Bono Opportunities

Thank you for your interest in serving as pro bono counsel! Please complete this form so that we can get in touch with you and start the process of finding a case for you.

As an alternative to completing this form, you may email the same information to pro_bono@nysd.uscourts.gov. If possible, please attach a vCard (electronic business card) to your email.

Name: *Shawn J. Patterson*

Firm or company name: *#Case 20 CV 2552*

Address: *547 State Route 32, Highland Mills New York 10930*

Telephone number: *(917) 806-0485*

E-mail address: *Shawn.Patterson3@yahoo.com*

**What types of matters are you interested in? (Please check all that apply.)**

- ☑ Representing litigants at trial
- Representing litigants in the discovery stage (the court will sometimes request pro bono counsel solely for discovery purposes)
- Representing litigants in mediation or settlement conferences
- Representing litigants for motion practice
- Representing plaintiffs in employment cases
- Other:

Please return this completed form to the Pro Se Intake Unit, 40 Foley Square, Room 105, New York, New York 10007, or to the email address above.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601
OFFICE OF PRO SE LITIGATION: 212-805-0181

Rev. 11/18/2020