UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN J. PATTERSON,

                Plaintiff,

-against-

SHAWN PATTERSON, et al.

                Defendants.

ORDER

20-CV-02552 (PMH)

PHILIP M. HALPERN, United States District Judge:

       On July 23, 2021, Defendants moved for summary judgment. (Doc. 58). Pursuant to the Court's June 22, 2021 Order, Plaintiff's opposition to Defendants' motion was due by August 20, 2021. (Doc. 56). To date, Plaintiff has not filed opposition to the motion or sought any extension of time to do so.

       The Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss to October 15, 2021. Defendants' reply, if any, is due October 29, 2021.

       **If Plaintiff fails to file opposition by October 15, 2021, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

       The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: White Plains, New York
       September 3, 2021

SO ORDERED:

_____
Philip M. Halpern
United States District Judge