**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHAWN J. PATTERSON,

                Plaintiff,                20 **CIVIL** 2552 (PMH)

     -against-                      **JUDGMENT**

SHAWN PATTERSON, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 7, 2022, the Town Defendants' motion for summary judgment is GRANTED.7 Plaintiff's claims against Defendants Patterson Sr. and Heck are dismissed under 28 U.S.C. §§ 1915(e)(2)(B). Plaintiff's Amended Complaint is, accordingly, dismissed; accordingly, this case is closed.

**Dated:** New York, New York
          February 7, 2022

                                            **RUBY J. KRAJICK**
                                            _____
                                                   **Clerk of Court**
                                 **BY:**
                                                    **Deputy Clerk**